UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Victor Francisco RIVERA-CENTENO, | Case No.:  26-cv-4347-AGS-DDL |
|---|---|
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |
| v. | |
| Jeremy CASEY, et al., | |
| Respondents. | |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention based on, among other things, an inappropriate revocation of his immigration parole and failure to provide a bond hearing due to the statutory misclassification of his detention. (*See generally* ECF 1.) The government concedes and "acknowledges" that petitioner was treated as detained under the incorrect statutory framework and that he was "previously released from immigration custody on conditional parole" without offering any suggestion that parole was lawfully terminated. (ECF 4, at 2.) The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner subject to the terms of his original parole. All pending deadlines and hearings are vacated. The Clerk's Office must issue a judgment and close this case.

Dated:  August 7, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1